**W. E. BUTLER, Appellant, v. STATE of Texas, Appellee.**

No. 23572.

Court of Criminal Appeals of Texas.

Oct. 23, 1946.

No appearance for appellant.

Ernest S. Goens, State's Atty., of Austin, for the State.

BEAUCHAMP, Judge.

The appellant's motion to withdraw the appeal is granted and the clerk is directed to so certify.

**William E. CROFFORD, Appellant, v. STATE of Texas, Appellee.**

No. 23493.

Court of Criminal Appeals of Texas.

Oct. 30, 1946.

Ernest S. Goens, State's Atty., of Austin, for the State.

HAWKINS, Presiding Judge.

Conviction is for robbery, punishment assessed being five years in the penitentiary.

Appellant now presents to this court his affidavit advising that he does not desire to further prosecute his appeal, and requesting that same be dismissed.

At appellant's request the appeal is dismissed.

**Junior EPPS, Appellant, v. STATE of Texas, Appellee.**

No. 23457.

Court of Criminal Appeals of Texas.

Oct. 16, 1946.

Frank M. Tatum, of Dalhart, for appellant.

Ernest S. Goens, State's Atty., of Austin, for the State.

HAWKINS, Presiding Judge.

Conviction is for murder, punishment assessed at 30 years' confinement in the penitentiary.

Appellant gave notice of appeal to this court, but has now filed his personal affidavit advising that he desires to no longer prosecute his appeal. At his request, therefore, the appeal is dismissed.

**H. H. HAY, Appellant, v. STATE of Texas, Appellee.**

No. 23484.

Court of Criminal Appeals of Texas.

Oct. 16, 1946.

W. S. Foster and Gene Maddin, both of Waco, for appellant.

Ernest S. Goens, State's Atty., of Austin, for the State.

BEAUCHAMP, Judge.

Proper affidavit having been filed, the appellant's motion to withdraw the appeal is granted and the clerk is directed to so certify.